# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

GREGORY SIMMONS,

                Petitioner

        v.

WORKERS' COMPENSATION APPEAL
BOARD (POWERTRACK
INTERNATIONAL),

                Respondents

: No. 382 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.